IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

J&J SPORTS PRODUCTIONS, INC.,    )
                                 )
            Plaintiff,           )
                                 )    1:11CV1141
    v.                           )
                                 )
LUCIA SANTILLAN, individually    )
and d/b/a LA REGIA LANTINA       )
MEXICAN RESTAURANT; and LA       )
REGIA CORP., a business entity   )
d/b/a LA REGIA LATINA MEXICAN    )
RESTAURANT,                      )
                                 )
            Defendants.          )

## ORDER

On December 28, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 21 and 22.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a *de novo* review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant Lucia Santillan's Motion to Dismiss (Doc. 17) is **GRANTED IN PART** and **DENIED IN PART**, in that the court dismisses the claim of conversion with prejudice, but permits Plaintiff to amend the Cable Act claims.

/s/ Thomas D. Schroeder
United States District Judge

January 17, 2013